No. 98–354. FISCHER *v.* FLORIDA DIVISION OF ELECTIONS ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. ■

No. 98–356. RAY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–361. CASTLEWOOD, INC. *v.* ANDERSON COUNTY ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 98–389. GLAVARIS ET AL. *v.* YOUNG ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–428. WROBEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–429. PALUMBO BROTHERS, INC., FDBA LENINGER MID-STATES PAVING CO. AND PALUMBO EXCAVATING CO., ET AL. *v.* UNITED STATES; and
No. 98–434. FERRARINI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 145 F. 3d 850.

No. 98–438. HEDRICK *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 98–442. DE LA CRUZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–458. ROYAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–460. MILLARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–461. OSBOURNE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5167. ENRACA *v.* SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–5258. SHERLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.